IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JODI SHEARN, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 14-3706 |
| WEST CHESTER UNIVERSITY OF | : |
| PENNSYLVANIA, et al., | : |
| | : |
| Defendants. | : |

## ORDER

**AND NOW**, this __18th__ day of April, 2017, upon consideration of Defendants' Motion for Summary Judgment (Doc. 29), Plaintiff's Response in Opposition thereto (Doc. 33), and Defendants' Reply to Plaintiff's Response in Opposition (Doc. 35), **IT IS HEREBY ORDERED AND DECREED** that the Motion is **GRANTED**.[1]

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, C.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated April 18, 2017.