IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JODI SHEARN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| WEST CHESTER UNIVERSITY, et al., | : | NO. 14-3706 |
| Defendants. | : | |

**NOTICE OF APPEAL TO THE
UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

Notice is hereby given that Plaintiff Jodi Shearn appeals to the United States Court of Appeals from: (i) the Order entered on October 24, 2014 granting in part and denying in part the Motion to Dismiss Plaintiff's Second Amended Complaint filed by Defendants West Chester University and Jerome Williams (Exhibit A); and (ii) the final Order and Opinion entered on April 18, 2017 and filed on April 19, 2017, granting Defendants' Motion for Summary Judgment and dismissing Plaintiff's claims in their entirety (Exhibit B).

1

                    Respectfully submitted,

Dated: May 18, 2017        By: _____/s/_____

                              **Garen Meguerian, Attorney at Law**
                              PA ID No. 78588
                              21 Industrial Boulevard, Suite 201
                              Paoli, Pennsylvania, 19301
                              gm@garenmlaw.com
                              (610) 590-2176

                              **MCDONNELL & ASSOCIATES, P.C.**

                  By:_____
                              Patrick J. McDonnell, Esquire
                              pmcdonnell@mcda-law.com
                              Metropolitan Business Center
                              860 1st Avenue, Suite 5B
                              King of Prussia, PA  19406
                              Tel: (610) 337-2087

                              *Attorneys for Plaintiff / Appellant Jodi Shearn*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JODI SHEARN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| WEST CHESTER UNIVERSITY, et al., | : | NO. 14-3706 |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

GAREN MEGUERIAN, of full age, hereby certifies and states:

1. I am an attorney at law in the Commonwealth of Pennsylvania and the attorney for Plaintiff Jodi Shearn in this matter;

2. On this date, I caused to be filed with the Clerk of the Court and to be served on all counsel of record via the Electronic Filing System Plaintiff's Notice of Appeal together with this Certificate of Service.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 18, 2017         /s/
                                 GAREN MEGUERIAN

3