# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>17-2132</u>

Jodi Shearn v. West Chester University of PA, et al

(Originating Court No. 2-14-cv-03706)

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: September 6, 2017
JK/cc: Garen Meguerian, Esq.
       Claudia M. Tesoro, Esq.

**A True Copy**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.